Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA WEI,<br><br>Plaintiff,<br><br>vs.<br><br>CITIBANK, N.A.<br><br>Defendant. | Case No.:  5:19-cv-06523-SVK<br><br>**NOTICE OF SETTLEMENT** |

NOW COME THE PLAINTIFF by and through their attorneys to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this January 27, 2020

By: s/ Todd M. Friedman
    TODD M. FRIEDMAN

Filed electronically on this 27th Day of January, 2020, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

 Honorable judge of the

United States District Court of California

And all counsel registered on ECF.

                                              This 27th Day of January, 2020.

                                              <u>s/Todd M. Friedman Esq.</u>
                                              TODD M. FRIEDMAN