Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No.

LINDA WEI,
Plaintiff,
vs.
CITIBANK, N.A.
Defendant.

)
)
)
)
)
)
)
)

5:19-cv-06523-EJD

**JOINT STIPULATION TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants by and through their undersigned counsels, that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice. Each party shall bear their own costs and attorney fees.

Respectfully submitted March 25, 2020

By: s/ Todd M. Friedman, Esq.
Todd M. Friedman
Attorney for Plaintiff

By: s/ Marcos Sasso  Esq.
Marcos Sasso
Ford & Harrison LLP
Attorneys for Defendants

## __Signature Certification__

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: March 25, 2020

**LAW OFFICES OF TODD M. FRIEDMAN , P.C.**

By: _ s/ Todd M. Friedman, Esq.
Todd M. Friedman
Attorney for Plaintiff

# **CERTIFICATE OF SERVICE**

Filed electronically on March 25, 2020 with:

United States District Court CM/ECF system

Notification sent electronically on March 25, 2020 to:

To the Honorable Court, all parties and their Counsel of Record


s/ Todd M. Friedman, Esq
Todd M. Friedman
