# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

LINDA WEI,

Plaintiff,

vs.

CITIBANK, N.A.

Defendant.

Case No. 5:19-cv-06523-EJD

~~(PROPOSED)~~ ORDER

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice.  Each party shall bear their own costs and expenses.

Dated this: __March 25, 2020_____

_____
Honorable Judge of the District Court